IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADAPTIVE DATA LLC,                    ) | C.A. No. 14-1540 (RGA) |
| )  Plaintiff,              ) | |
| v.                                          ) | |
| ADVANCED MICRO DEVICES INC.,  ) | |
| )  Defendant           ) | |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff hereby files this Notice of Dismissal of defendant Advanced Micro Devices Inc. pursuant to Federal Rule of Civil Procedure 41(a)(1).  According to Rule 41(a)(1), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer.  Defendant has not yet answered the Complaint.  Accordingly, Plaintiff voluntarily dismisses this action against Defendant without prejudice pursuant to Rule 41(a)(1).

STAMOULIS & WEINBLATT LLC

 */s/ Stamatios Stamoulis*
Stamatios Stamoulis (#4606)
Richard C. Weinblatt (#5080)
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE  19809
(302) 999-1540
stamoulis@swdelaw.com
weinblatt@swdelaw.com

*Attorneys for Plaintiff*
*Adaptive Data LLC*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 20, 2015, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

                                            */s/ Stamatios Stamoulis*
                                            Stamatios Stamoulis # 4606